UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    **2:20-cv-00868-JAK (MAA)**                              Date: **July 22, 2020**

Title    **Danny Espino v. J Pickett**

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  James Munoz  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 8)

On January 28, 2020, the Court received and filed Petitioner Danny Espino's Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (Pet., ECF No. 1.)  On March 2, 2020, this Court issued an Order Requiring Response ("OSC") directing Respondent to appear and to file an Answer or a Motion to Dismiss the Petition.  (OSC, ECF No. 6.)  The OSC also directed Petitioner to file an Opposition to any Motion to Dismiss within 30 days of service of such motion.  (*Id.*, at 2.)

On March 24, 2020, Respondent filed a Motion to Dismiss the Petition ("Motion").  (Mot., ECF No. 8.)  To date, Petitioner has not filed an Opposition to the Motion.

Petitioner is **ORDERED TO SHOW CAUSE** by **August 22, 2020** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion.  If Petitioner files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner is advised that failure to file an Opposition to the Motion will be deemed as consent to the granting of the Motion and will result in a recommendation that this action be dismissed.  C.D. Cal. L.R. 7-12.**

It is so ordered.

**Time in Court:**    0:00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:20-cv-00868-JAK (MAA)**                                              Date: **July 22, 2020**

Title       **Danny Espino v. J Pickett**

**Initials of Preparer:**   JM