JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ESPINO, <br><br> Petitioner, <br><br> v. <br><br> J. PICKETT, <br><br> Respondent. | Case No. 2:20-cv-00868-JAK-MAA <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED: September 24, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE